Catharine Richmond (SBN 301184)
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 25-40-HDV |
| v. | CV |
| KALEB CHRISTOPHER MERRITT | **WRIT OF HABEAS CORPUS** |
| | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |
| Defendant(s) | |

**WHEREAS** the attached application was granted by the Honorable __Hernan D. Vera__ Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: __Warden of the Pocahontas State Correctional Center__

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Kaleb Christopher Merritt** before the Honorable __Karen Stevenson__ Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. __341__, located at 255 East Temple Street, Los Angeles, CA 90012 on __03/21/25__ at __1:30 p.m.__, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable __Karen Stevenson__ Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)