```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    CATHARINE A. RICHMOND (Cal. Bar No. 301184)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-7162
 7       Facsimile: (213) 894-0141
         Email:    catharine.richmond@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00040-HDV-3 |
|---|---|
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| ROHAN SANDEEP RANE, ET AL., KALEB CHRISTOPHER MERRITT, | |
| Defendant. | |

Based upon the application of plaintiff United States of America and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue for defendant Kaleb Christopher Merritt as requested by the government.

IT IS SO ORDERED.

DATED: _____     _____
                                   HONORABLE KAREN L. STEVENSON
                                   UNITED STATES CHIEF MAGISTRATE JUDGE