Catharine Richmond (SBN 301184)
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012



DENIED BY ORDER OF KAREN L. STEVENSON UNITED STATES MAGISTRATE JUDGE ON 2-12-2025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff(s) <br> v. <br> KALEB CHRISTOPHER MERRITT <br> Defendant(s) | **CASE NUMBER** <br> CR 25-40-HDV <br> CV <br><br> **WRIT OF HABEAS CORPUS** <br> ☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable **Hernan D. Vera** Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of the Pocahontas State Correctional Center

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Kaleb Christopher Merritt** before the Honorable **Karen Stevenson** Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **341**, located at 255 East Temple Street, Los Angeles, CA 90012 on **03/21/25** at **1:30 p.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable **Karen Stevenson** Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)