1 | JOSEPH T. MCNALLY
Acting United States Attorney
2 | LINDSEY GREER DOTSON
Assistant United States Attorney
3 | Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
4 | Assistant United States Attorney
Violent & Organized Crime Section
5 |       1300 United States Courthouse
       312 North Spring Street
6 |       Los Angeles, California 90012
       Telephone: (213) 894-7162
7 |       Facsimile: (213) 894-0141
       Email:    catharine.richmond@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

**DENIED**
BY ORDER OF
**KAREN L. STEVENSON**
UNITED STATES MAGISTRATE JUDGE
ON 2-12-2025

10 |                    UNITED STATES DISTRICT COURT

11 |               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,                No. CR 25-40-HDV-3

13 |          Plaintiff,                      WRIT OF HABEAS CORPUS AD
                                           PROSEQUENDUM
14 |               v.

15 | ROHAN SANDEEP RANE, ET AL.,
        KALEB CHRISTOPHER MERRITT,
16 |
          Defendant.
17 |

18 |       Based upon the application of plaintiff United States of America

19 | and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas

20 | Corpus Ad Prosequendum issue for defendant Kaleb Christopher Merritt

21 | as requested by the government.

22 |

23 |

24 | IT IS SO ORDERED.

25 |

26 | DATED:                        _____
                                  HONORABLE KAREN STEVENSON
27 |                              UNITED STATES MAGISTRATE JUDGE

28 |