Catharine Richmond (SBN 301184)
Assistant United States Attorney
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s) v. KALEB CHRISTOPHER MERRITT, Defendant(s) | CASE NUMBER: CR 25-00040-HDV-3 CV **WRIT OF HABEAS CORPUS** [X] AD PROSEQUENDUM  [ ] AD TESTIFICANDUM |
|---|---|

**WHEREAS** the attached application was granted by the Honorable Karen L. Stevenson Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of the Pocahontas State Correctional Center

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Kaleb Christopher Merritt** before the Honorable Magistrate Judge on Duty Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 640, located at 255 East Temple Street, Los Angeles, CA 90012 on 03/21/25 at 1:30 p.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable Karen L. Stevenson Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 02/12/2025

CLERK, U.S. DISTRICT COURT

By: *Terry R. Baker*
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)