JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7162
    Facsimile: (213) 894-0141
    Email:   catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ROHAN SANDEEP RANE, ET AL.,<br>    KALEB CHRISTOPHER MERRITT,<br><br>       Defendant. | No. CR 25-40-HDV-3<br><br>GOVERNMENT'S APPLICATION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND MOTION TO STRIKE PREVIOUSLY ISSUED WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Catharine Richmond, hereby files its application for a writ of habeas corpus ad prosequendum and motion to strike previously issued writ of habeas corpus ad prosequendum.

    On February 12, 2025, the government filed a writ of habeas corpus ad prosequendum for defendant Kaleb Christopher Merritt in the above-captioned case. That same day, February 12, 2025, the Honorable Karen Stevenson, Magistrate Judge for the Central District

of California, issued the writ. (<u>United States v. Rane, et al.</u>, CR 25-40-HDV ("Dkt."), order at 24 and writ at 25). Yesterday, the United States Marshals Service asked me to obtain a new writ with an appearance date approximately 60 days from the date of the request for the writ to allow for more time for the Marshals to transport the defendant.

I am therefore (1) applying again for a writ, but this time with the modification requested by the Marshals and (2) moving to strike the writ issued by Judge Stevenson on February 12, 2025, at docket 25, to avoid duplicative or conflicting orders.

Dated: 02/14/25

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Catharine Richmond*

_____
CATHARINE A. RICHMOND
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA