# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,** PLAINTIFF

v.

**Kaleb Christopher Merritt**

DEFENDANT.

- ☑ LA ☐ RS ☐ SA  DATE FILED: 1/17/2025
- CASE NUMBER: 2:25-cr-00040-HDV  ☐ Under Seal
- INIT. APP. DATE: 5/9/2025  TIME: 1:30 PM
- CHARGING DOC: Indictment
- DEFENDANT STATUS: In Custody
- ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
- VIOLATION: 18:2252A.F
- COURTSMART/REPORTER: CS 5/9/2025

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Rozella A. Oliver

**CALENDAR/PROCEEDINGS SHEET — LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Eddie Ramirez (Deputy Clerk)    Catharine Richmond (Assistant U.S. Attorney)    Interpreter / Language: ___

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☐ Defendant states true name ☐ is as charged ☐ is ___
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☒ Attorney: Brendan Gilligan  ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
- Ordered (see separate order)  ☐ Special appearance by: ___
- ☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ ___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.  ☐ Class B Misdemeanor  ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge ___ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ___ at ___ in ___
- ☐ Post-Indictment Arraignment set for: ___ at ___ in ___
- ☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights.  ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to ___ District of ___
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
  - ☐ Warrant of removal and final commitment to issue. Date issued: ___  By CRD: ___
  - ☐ Warrant of removal and final commitment are ordered stayed until ___
- ☐ Case continued to (Date) ___ (Time) ___ ☐ AM / ☐ PM
- ☐ Type of Hearing: ___ Before Judge ___ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ___ ☐ Judge's Courtroom ___
- ☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ___).
- ☒ Other: **PIA HELD. SEE SEPARATE MINUTES.**

**RECEIVED:** ☒ PSA ☒ PROBATION ☒ FINANCIAL ☒ CR-10  ☒ READY

Deputy Clerk Initials: ER : 08