UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00040-HDV   Date: 05/09/2025

Present: The Honorable: Rozella A. Oliver, United States Magistrate Judge

Interpreter N/A   Language N/A

| Eduardo Ramirez | 05/09/2025 | Catharine Richmond |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody

Kaleb Christopher Merritt

Attorneys for Defendants:  ✓ Present  DFPD

Brendan Gilligan

**Proceedings: Arraignment of Defendant and/or**  ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Hernan D. Vera.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 07/01/2025 9:00 AM; Pre-Trial Conference: 06/26/2025 1:30 PM
* Government counsel provides trial estimate of 2 weeks.
* The parties are referred to Judge Vera's Procedures & Schedules on the Court's website at www.cacd.uscourts.gov to obtain a copy of the Criminal Standing Order.
Judge Vera is located in 5B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED        PSASA        Initial Appearance/Appointment of Counsel: 00 : 00
   ✓ USMLA        USMED        USMSA
      Statistics Clerk          Interpreter        Arraignment: 00 : 02
      CJA Supervising Attorney  Fiscal             Initials of Deputy Clerk: ER by TRB