BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Major Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7162
     Facsimile: (213) 894-0141
     Email:     catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-40-HDV |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ROHAN SANDEEP RANE, ET AL., COLLIN JOHN THOMAS WALKER (2), KALEB CHRISTOPHER MERRITT (3), and CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE (4), | **[PROPOSED] TRIAL DATE: [02-24-26]** [PROPOSED] PRETRIAL CONFERENCE: [02-12-26] |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 8, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1   The Court further finds that:  (i) the ends of justice served by
2 the continuance outweigh the best interest of the public and
3 defendant in a speedy trial; (ii) failure to grant the continuance
4 would be likely to make a continuation of the proceeding impossible,
5 or result in a miscarriage of justice; and (iii) failure to grant the
6 continuance would unreasonably deny defendant continuity of counsel
7 and would deny defense counsel the reasonable time necessary for
8 effective preparation, taking into account the exercise of due
9 diligence.
10   THEREFORE, FOR GOOD CAUSE SHOWN:
11   1.   The trial in this matter is continued from October 7, 2025,
12 to February 24, 2026.  The pretrial conference is continued to
13 February 12, 2025.
14   2.   The time period from the date of this order to February 24,
15 2025m inclusive, is excluded in computing the time within which the
16 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
17 (h)(7)(B)(i), and (B)(iv).
18 //
19
20 //
21
22
23
24
25
26
27
28

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____              _____
 DATE                                         HONORABLE HERNÁN D. VERA
                                              UNITED STATES DISTRICT JUDGE

Presented by:

*Catharine Richmond*
_____
CATHARINE A. RICHMOND
Assistant United States Attorney