NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | CR 25-00040-HDV | Date | 3/26/2026 |
|---|---|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|
| Interpreter | Not Applicable |
| Probation Officer | Not Applicable |

| Wendy K. Hernandez | CourtSmart | Kellye Ng |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| DEFT 3: KALEB CHRISTOPHER MERRITT | X | X | | CJA Ramanujan Nadadur | X | X | |

**Proceedings:  CHANGE OF PLEA HEARING**

The Defendant moves to change his plea to the Indictment and now enters a plea of Guilty to the **Single Count Indictment.**

The Court questions the Defendant regarding his plea of Guilty and finds that it is knowingly, voluntarily, and intelligently made with a full understanding of nature of the charge, the consequence of the plea, and the Defendant's constitutional rights. The Court orders that the plea be accepted and entered.

The Court refers the Defendant to the Probation Office for investigation and report, and continues the matter to **Thursday, January 7, 2027, at 1:30 p.m.,** for sentencing**.** The pretrial and trial date are hereby vacated.

The Government shall file its sentencing papers no later than **17 days** before the sentencing date. The defendant shall file his sentencing papers no later than **10 days** before the sentencing date. Except for letters of support filed by defense counsel, no other sentencing papers may be filed without leave of Court. Failure to file sentencing papers by the due date may result in a continuance of the sentencing date.

   **IT IS SO ORDERED.**

**cc: USPO**

Time: /31

---

CR-11                             **CRIMINAL MINUTES - GENERAL**                Initials of Deputy Clerk: WH